UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61460-CIV-COHN/SELTZER

GLADYS CERNA, for herself and on
behalf of all other employees similarly situated,

    Plaintiff,

vs.

SOUTHERN WASTE, LLC and
SUN RECYCLING, LLC,

    Defendants.
_____/

## OMNIBUS ORDER ON PROCEDURAL MOTIONS

THIS CAUSE came before this Court upon Plaintiff's Motion for Extensions of Discovery Deadline and Deadline for Dispositive Motions [DE 58], Defendants' Motion to Set Settlement Conference Before a United States Magistrate Judge as Soon as Practicable [DE 51], and Plaintiff's Motion Requesting Permission [DE 76] to file a supplement to her reply to Defendants' Response opposing class certification, which would increase the total number of pages in her reply from 10 to 13.  The Court has carefully considered the motions, responses and replies thereto, and is otherwise fully advised in the premises.[1]

### I.  MOTION TO EXTEND DEADLINES

Plaintiff seeks to extend the discovery deadline (and dispositive motion deadline) due to Defendants' delay in responding to discovery relevant to the pending motion for class certification.  Defendants oppose the motion, asserting that they have

---

[1] The Court does not await a reply regarding the recent motion to exceed page limit, as the Court is granting the relief requested.

now completed their responses, and any prejudice to Plaintiff was self-inflicted to her delay in pursuing discovery.  Since the filing of the motion, response and reply, Defendants have further supplemented their prior discovery responses, partly in response to discovery motion practice handled by Magistrate Judge Barry Seltzer.

The Court concludes that Plaintiff has shown good cause to allow a brief discovery deadline extension, <u>but only as to additional discovery based solely upon Defendants' discovery responses since April 29, 2008</u>.  In other words, Plaintiff may propound new discovery requests only as follow-up to Defendants' recent disclosures.  With this ruling, the Court intends merely to cure any remaining prejudice to Plaintiff, rather than a blanket discovery deadline extension.  Plaintiff may make any such follow-up discovery request by June 10, 2008.

II.  REQUEST TO EXCEED PAGE LIMIT BY SUPPLEMENTING REPLY BRIEF

Plaintiff seeks permission to supplement its reply memorandum in support of her class certification motion, due to Defendants' recent supplement discovery responses.[2] Plaintiff's supplement, rather than being three (3) pages as represented, is actually only one and one-half pages of additional argument referring to additional emails disclosed by Defendants.  As the number of potential class members who are similarly situated is an important issue in the context of the class certification issue, the fact that the emails themselves were previously made part of the court record during the aforementioned discovery motion practice is not a reason to deny the motion, as suggested by

---

[2] Plaintiff's counsel is reminded to comply with Local Rule 7.1.A.3 regarding conferring with opposing counsel, particularly on these procedural type of motions.

Defendants.  It was Defendants' recent disclosure of these emails, after briefing on the class certification motion, that created the need for Plaintiff's request.

Therefore, the Court concludes that Plaintiff's request to supplement is granted, and that Defendants are not entitled to file a sur-reply, under the circumstances of the timing of Defendants' disclosure causing Plaintiff to need to supplement her reply. Allowing the additional 1.5 pages of argument does not prejudice Defendants.

 III.  MOTION TO SET SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE

Defendants seek to have this Court set an expedited settlement conference before a Magistrate Judge.  Plaintiff opposed this motion to the extent that the settlement conference would take place prior to a decision on class certification.  While the Court will refer the matter to Senior United States Magistrate Judge Peter Palermo for a settlement conference, the Court denies the request to have an expedited conference.

IV.  CONCLUSION

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Extensions of Discovery Deadline and Deadline for Dispositive Motions [DE 58] is hereby **GRANTED in part**;

2. By June 10, 2008, Plaintiff may make additional discovery requests, but only if based solely upon any of Defendants' discovery responses since April 29, 2008;

3. Defendants' Motion to Set Settlement Conference Before a United States Magistrate Judge as Soon as Practicable [DE 51] is hereby **GRANTED in part**;

4. This matter is **REFERRED** to Senior United States Magistrate Judge Peter Palermo for a settlement conference, to be held before July 14, 2008;

5. Plaintiff's Motion Requesting Permission [DE 76] to exceed page limit is hereby **GRANTED**. Plaintiff's Supplement [DE 77] is deemed properly filed.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 2nd day of June, 2008.

JAMES I. COHN
United States District Judge

Copies furnished to:
Counsels of Record